AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

LEILANI LESSNAU, as Personal Representative of the Estate of Fiping "Phil" Racoma,

    Plaintiff,

v.

OCEAN DEVELOPMENT I, LLC, a foreign limited liability company, PLATINUM REAL ESTATES, LLC, a foreign limited liability company (DBA Platinum Charters, LLC, AKA Platinum Charters I, LLC), MAURO B. SEBBEN, DONNA KRILICH, ROBERT KRILICH, SR., and ROBERT KRILICH, JR.,

    Defendants.

)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OCEAN DEVELOPMENT I, LLC
SEBBEN, MAURO B., *Registered Agent*
ONE EAST ELEVENTH STREET
SUITE 500
RIVIERA BEACH FL 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BEN MURPHEY, ESQUIRE
LAWLOR WINSTON, LLP
2211 DAVIE BLVD.
FORT LAUDERDALE, FL 33311
(954)525-2345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*